Irene Karbelashvili, State Bar Number 232223
AllAcess Law Group
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for JASON VOMACKA, Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON VOMACKA, <br><br> Plaintiff, <br><br> v. <br><br> K &L SANTA CLARA VALLEY LLC, a California limited liability company; K &L SANTA CLARA VALLEY – II LLC, TARANJIT SAGGI, an individual, dba ONE STOP LIQUORS; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:17-CV-05096-SVK <br><br> *Civil Rights* <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE FUTURE COURT DATES AND (PROPOSED) ORDER** |

## **FACTS**

Plaintiff and Defendant in the case at bar have settled the case, with the assistance of the ADR mediator. Both parties plan to execute a signed settlement with regard to both injunctive relief

and damages.  Settlement payment for damages has yet to be paid and written settlement agreement has yet to be signed.  Both are expected to occur shortly.

   The parties plan to file a stipulation for dismissal upon payment of the settlement payment and execution of the settlement agreement.

   Plaintiff requests that the court vacate any future court proceeding in this matter.

 DATED:  06-06-2018                                      LAW OFFICE OF KENNETH J. PINTO


                                                    By:    /S/ Kenneth J. Pinto
                                                           KENNETH J. PINTO
                                                           Attorneys for Plaintiff JASON VOMACKA


## PROPOSED ORDER


**GOOD CAUSE APPEARING, IT IS SO ORDERED**


**Dated:**                                              _____
                                                         **Hon.  Susan van Keulen , Magistrate Judge**