# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VOMACKA,<br><br>        Plaintiff,<br><br>    v.<br><br>K & L SANTA CLARA VALLEY, LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-05096-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 29 |

Plaintiff reports that this case has settled. ECF 29. All previously-scheduled deadlines and appearances are vacated.

By **June 27, 2018**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **July 10, 2018 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **July 3, 2018**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: June 6, 2018

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge